IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA C. HERNANDEZ,

      Plaintiff,

v.                                           14cv905 JCH/WPL

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed January 23, 2017. (Doc. 32). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. (*Id.* at 12.) To this date, no objections have been filed.

    IT IS THEREFORE ORDERED that:

    1) the PFRD is adopted as an order of the Court;

    2) Hernandez's Motion to Reverse or Remand (Doc. 17) is denied, and the decision of the Commissioner is affirmed; and

    3) this cause is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE